March 18, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Sheryl Payne, individually and on behalf of all other persons similarly situated
              Plaintiff(s),

v.

Community Health Aide Services, Inc. et al.
              Defendant(s).
-----------------------------------------------------X

**AMENDED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

20 CV 1276 (PMH)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel and any unrepresented parties, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)  The parties do not consent.

2. This case [is] [is not] to be tried to a jury.  This case is to be tried to a jury.

3. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed by **October 16, 2020** → ~~November 2, 2020~~. (Absent exceptional circumstances, 30 days from date of this Order.)

4. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by N/A (Already Exchanged). (Absent exceptional circumstances, 14 days from date of this Order.)

5. Fact Discovery

    a. All fact discovery shall be completed by **January 15, 2021** ~~January 29, 2021~~. (Absent exceptional circumstances, a period not to exceed 120 days from date of this Order.)

    b. Initial requests for production of documents shall be served by Already Exchanged.

    c. Interrogatories shall be served by Already Exchanged.

    d. Non-expert depositions shall be completed by **November 30 2020** ~~January 15, 2021~~.

    e. Requests to admit shall be served by **October 16, 2020** ~~Dec. 15, 2020~~.

      f. Any of the interim deadlines in paragraphs 5(b) through 5(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5(a).

6. Expert Discovery

**March 1, 2021** →  a. All expert discovery, including expert depositions, shall be completed by ~~March 15, 2021~~. (Absent exceptional circumstances, 45 days from date in paragraph 5(a); i.e., the completion of all fact discovery.)

**December 14, 2020** → b. Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by ~~Jan. 15, 2021~~.

**December 28, 2020** → c. Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by ~~Jan. 15, 2021~~.

      d. The interim deadlines in paragraphs 6(b) and 6(c) may be extended by the written consent of all parties without application to the Court, provided that all expert discovery is completed by the date set forth in paragraph 6(a).

7. Additional provisions agreed upon by the parties are attached hereto and made a part hereof.

8. ALL DISCOVERY SHALL BE COMPLETED BY ~~April 2, 2021~~ **March 18, 2021**. (Absent exceptional circumstances, a period not to exceed 6 months from date of this Order.)

9. All motions and applications shall be governed by the Court's Individual Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed.

10. Unless otherwise ordered by the Court, within 30 days after the date for the completion of discovery, or, if a dispositive motion has been filed, within 30 days after a decision on the motion, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Practices. The parties shall also comply with the Court's Individual Practices with respect to the filing of other required pretrial documents.

11. The parties have conferred and their present best estimate of the length of the trial is ___3 Days___.

12. This Civil Case Discovery Plan and Scheduling Order may not be modified or the dates herein extended without leave of the Court or the assigned Magistrate Judge acting under a specific order of reference (except as provided in paragraphs 5(f) and 6(d) above).

13. The Magistrate Judge assigned to this case is the Honorable ___Magistrate Judge Judith C. McCarthy___.

14. If, after the entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

15. The next case management conference is scheduled for **April 7, 2021** at **10:00 a.m.** . (The Court will set this date at the initial conference.)

Dated: New York, New York
  **October 5, 2020**

SO ORDERED:

_____
Philip M. Halpern
United States District Judge