UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL L. PAYNE, individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>    -against-<br><br>COMMUNITY HEALTH AIDE SERVICES, INC. d/b/a COMMUNITY HOME HEALTH CARE; JOHN DOE #1-5, manager(s), unknown names,<br><br>      Defendants. | **ORDER**<br><br>20-CV-01276 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 25). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

Dated: New York, New York
    November 30, 2020

                      _____
                      PHILIP M. HALPERN
                      United States District Judge