UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERYL L. PAYNE, individually and on behalf of all other persons similarly situated,

                  Plaintiff,

-against-

COMMUNITY HEALTH AID SERVICES, INC. d/b/a COMMUNITY HOME HEALTH CARE; et al.,

                  Defendants.

**ORDER**

20-CV-01276 (PMH)

PHILIP M. HALPERN, United States District Judge:

**WHEREAS**, Plaintiff filed a Complaint on February 13, 2020, alleging that Defendants violated, *inter alia*, the Fair Labor Standards Act for failure to pay minimum and overtime compensation;

**WHEREAS**, the parties in the above-captioned action wish to settle this litigation and have filed a "Joint Motion to Approve Settlement Agreement" (Doc. 29) to secure the Court's approval of the proposed Settlement Agreement;

**WHEREAS**, having reviewed the proposed Settlement Agreement and related submissions, the Court finds, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), that the proposed Settlement Agreement is fair and reasonable and that the attorneys' fees are reasonable as well, *see Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-37 (S.D.N.Y. 2012);

**IT IS ORDERED** that the Joint Motion to Approve Settlement Agreement is GRANTED, and the proposed Settlement Agreement is approved;

**IT IS FURTHER ORDERED** that the Clerk of the Court terminate the motion sequence pending at Doc 29; and

**IT IS FURTHER ORDERED** that the parties shall file a fully executed Stipulation and Order of Dismissal with Prejudice (Settlement Agreement, Ex. A) within 10 (ten) days of this Order.¹

**SO ORDERED:**

Dated:   New York, New York
         January 19, 2021

_____
PHILIP M. HALPERN
United States District Judge

---

¹ The Court notes that under Paragraph 8 of the Settlement Agreement, the documents reads, "Within ten (5) days of receipt and clearance of the Settlement Amount, Payne's counsel shall execute and file a Stipulation of Dismissal, in the form annexed hereto as Exhibit A . . . ." (Doc. 29 at 10). Given the requirement that "[w]ithin ten (10) days after the Court's approval . . . Community shall forward to Payne's counsel three checks . . . ," the Court presumes the "5" is a scrivener's error.